UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHELTON SIMMONS, ID # 1588486,  )<br>                                                     )<br>            Plaintiff,                            )<br>                                                     )             CIVIL ACTION NO.<br>VS.                                              )<br>                                                     )             3:11-CV-0999-G (BH)<br>OFFICER THIGPEN, ET AL.,           )<br>                                                     )<br>            Defendants.                       ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.  Accordingly, defendants' motion for summary judgment on the issues of exhaustion and qualified immunity, filed December 20, 2011 (docket entry 30) is **GRANTED** to the extent that it seeks dismissal of plaintiff Shelton Simmons' claims

against the defendants for failure to exhaust his administrative remedies. By separate document, the court will enter judgment in accordance with FED. R. CIV. P. 58(a).

    **SO ORDERED**.

July 30, 2012.

                                      _____
                                      **A. JOE FISH**
                                      **Senior United States District Judge**